UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

KATHLEEN S AHEE                                         CASE NO. 09-15202
            DEBTOR(S).                                  CHAPTER 7

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 5 of Verizon Wireless
> Account number: 9114
> Claimed amount: $84.76
> Pro rata distribution: $3.03
>
> Claim #8 of Redi Med
> Account number: 09-36419
> Claimed amount: $112.50
> Pro rata distribution: $4.03

**TOTAL AMOUNT OF ALL CLAIMS: $7.06**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  December 29, 2010                /s/ Mark A. Warsco
                                                            Mark A. Warsco, Trustee
                                                            P.O. Box 11647
                                                            Fort Wayne, IN  46859-1647
                                                            Telephone:  (260) 469-0256
                                                            e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on December 29, 2010:

| | |
|---|---|
| SCOTT FEDERSPIEL | Office, U.S. Trustee |
| northernindiana@legalhelpers.com | USTPREGION10.SO.ECF@USDOJ.GOV |
| | |
| Verizon Wireless | Redi Med |
| PO Box 3397 | c/o Snow&Sauerteig |
| Bloomington, Il 61702 | 203 E Berry St Ste 1310 |
| | Ft Wayne, IN 46802 |

                                                            /s/  Mark A. Warsco
                                                            Mark A. Warsco, Trustee